IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWNA HARTMANN,

    Plaintiff,                     No. CIV S-08-3094 DAD P

    vs.

CAL. DEP'T CORRS. &
REHABILITATION, et al.,

    Defendants.          ORDER
_____/

        Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed her complaint on December 18, 2008, and paid the filing fee.

        On March 18, 2009, the court determined that plaintiff's complaint appeared to state cognizable claims for relief against the named defendants and ordered plaintiff to complete service of process in accordance with Federal Rule of Civil Procedure 4 within 60 days from the date of the order. Plaintiff has since filed a request asking the court to order the United States Marshal to effect service on the defendants. Plaintiff has also filed a notice informing the court that the court inadvertently omitted one of the named defendants, Patricia Clarey, from its March 18, 2009 service order.

/////

1

Good cause appearing, the court will direct the Clerk of the Court to send plaintiff the documents necessary to effect service on all of the defendants, including Patricia Clarey. The court will grant plaintiff thirty days from the date of this order to complete and return the documents. Plaintiff must provide sufficient information on form USM-285 that will enable to the United States Marshal to serve each defendant. Upon review of the documents, the court will order the United States Marshal to effect service on the named defendants. Unless further ordered by the court, the parties are relieved of having to file status reports in accordance with the court's March 18, 2009 order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service of the complaint is appropriate for the following defendants: California Department of Corrections and Rehabilitation, California State Personnel Board, Division of Adult Institutions, Division of Community Partnerships, Central California Women's Facility, Matthew Cate, Sean Harrigan, Richard Costigan, Patricia Clarey, Maeley Tom, Anne Sheehan, Suzan Hubbard, Del Sayles-Owen, Barry Smith, Nola Grannis, Mary Lattimore, Arnold Schwarzenegger, and the State of California.

2. The Clerk of the Court shall send plaintiff 18 USM-285 forms, one summons, an instruction sheet, and a copy of the complaint filed December 18, 2008.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

   a. The completed, signed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Nineteen copies of the complaint filed December 18, 2008.

/////

1    4. Plaintiff shall not attempt to effect service of the complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants.

   5. Plaintiff's April 7, 2009 and April 16, 2009 requests (Doc. Nos. 9 & 10) are granted.

   6. Unless further ordered by the court, the parties are relieved of having to file status reports in accordance with the court's March 18, 2009 order.

DATED: May 13, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hart3094.usm

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |
| 7 |   |   |
| 8 | IN THE UNITED STATES DISTRICT COURT |   |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |   |
| 10 | SHAWNA HARTMANN, |   |
| 11 | Plaintiff, | No. CIV S-08-3094 DAD P |
| 12 | vs. |   |
| 13 | CAL. DEP'T CORRS. & REHABILITATION, et al., | NOTICE OF SUBMISSION |
| 14 | Defendants. | OF DOCUMENTS |
| 15 | _____/ |   |

Plaintiff hereby submits the following documents in compliance with the court's order

filed _____:

    ____ <u>one</u> completed summons form;

    ____ <u>eighteen</u> completed USM-285 forms; and

    ____ <u>nineteen</u> true and exact copies of the complaint December 18, 2008.

DATED: _____.

 

                                                              _____
                                                               Plaintiff