IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWNA HARTMANN &
CAREN HILL,

    Plaintiff,

vs.

CAL. DEP'T CORRS. &
REHABILITATION, et al.,

    Defendants.

No. CIV S-08-3094 DAD P

ORDER

The parties in this action have filed a stipulation to extend the time for defendants to file responsive pleadings in this matter. Good cause appearing, IT IS HEREBY ORDERED that defendants shall file their responsive pleadings on or before November 23, 2009. If defendants' responsive pleading is a motion to dismiss, plaintiffs shall file their opposition on or before January 4, 2010. The parties shall meet and confer and select a mutually-agreeable hearing date that is consistent with the court's law and motion calendar.

DATED: October 28, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hart3094.36rp