IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAWNA HARTMANN & CAREN HILL, | | |
| | Plaintiffs, | No. CIV S-08-3094 DAD P |
| vs. | | |
| CAL. DEP'T CORRS. & REHABILITATION, et al., | | |
| | Defendants. | ORDER |

The parties in this action have filed a stipulation to extend the time for plaintiffs to file an opposition to defendants' motions to dismiss. Good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall file their opposition on or before January 22, 2010.

DATED: December 22, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hart3094.stip(opp)